1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  STARCREST PRODUCTS OF            )  Case No. EDCV04-0605 VAP (SGLx)
    CALIFORNIA, INC., a Delaware     )
12  Corporation,                     )  **STIPULATED PROTECTIVE**
                                     )  **ORDER**
13              Plaintiff,           )
         vs.                         )
14                                   )
    PUBLISHERS CLEARING HOUSE, a     )
15  New York limited partnership,    )
                                     )
16              Defendants.          )
    _____ )
17                                   )
                                     )
18  and RELATED COUNTERCLAIM         )
                                     )
    _____ )
19

20          Pursuant to the stipulation in this matter among plaintiff and counterdefendant

21  STARCREST PRODUCTS OF CALIFORNIA, INC., defendant and

22  counterclaimant PUBLISHERS CLEARING HOUSE LLC, MILLENNIUM

23  CORPORATE SOLUTIONS, INC. ("MILLENNIUM") and LEXINGTON

24  INSURANCE COMPANY ("LEXINGTON") ("the Stipulation"), the Court makes

25  the following order:

26          1.      Pursuant to Paragraph 12, Subsection (b), of the December 17, 2004

27                  Stipulated Protective Order and Paragraph 11, Subsection (b) of the

28

1   May 31, 2005 Protective Order of Publishers Clearing House LLC

2   Re: Financial Documents, MILLENNIUM and LEXINGTON and

3   their respective outside attorneys are designated as persons who

4   may receive information stamped CONFIDENTIAL, said outside

5   attorneys may receive information stamped CONFIDENTIAL

6   ATTORNEYS-EYES ONLY and/or CONFIDENTIAL

7   ATTORNEYS ONLY, and up to 5 said outside attorneys may

8   receive information stamped HIGHLY CONFIDENTIAL

9   FINANCIAL INFORMATION:  ATTORNEYS EYES

10   ONLY/COPY CONTROLLED (Copy No. __).

11   2.   MILLENNIUM and LEXINGTON and their respective outside

12   attorneys will be bound by each and every one of the provisions of

13   the December 17, 2004 Stipulated Protective Order and the May 31,

14   2005 Protective Order of Publishers Clearing House LLC Re:

15   Financial Documents as fully as if they had been original parties to

16   this case and subject to those protective orders.

17   3.   Notwithstanding anything contained in the foregoing or those

18   protective orders, MILLENNIUM and LEXINGTON and their

19   respective outside attorneys waive, and agree that they will not seek

20   to enforce, any right to contest the designation of any document or

21   item of information obtained by virtue of the Stipulation as

22   confidential or to seek the further amendment, modification or

23   vacation of either of the December 17, 2004 Stipulated Protective

24   Order or the May 31, 2005 Protective Order of Publishers Clearing

25   House LLC Re: Financial Documents.

26   4.   MILLENNIUM and LEXINGTON and their respective outside

27   attorneys subject themselves to the jurisdiction of the Court for the

28   purpose of enforcing compliance with the Stipulation and the

1   December 17, 2004 Stipulated Protective Order and the May 31,

2   2005 Protective Order of Publishers Clearing House LLC Re:

3   Financial Documents.

4

5   Dated: November 18, 2009          By:   _Virginia A. Phillips_

6                                     HON. VIRGINIA A. PHILLIPS

7                                     U.S. DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28